# Seay *v.* The State.

## *Murder.*

(Decided May 16, 1911.   55 South. 611.)

*Jury; Special Venire; Order; Number.*—Where the order fixed the number of jurors to constitute the special venire at 90, and only 77 were summoned, the jury was illegal, and a conviction by such a jury will be reversed.   (Section 32, Acts 1909, page 305).

APPEAL from Jefferson Criminal Court.

Heard before Hon. SAMUEL L. WEAVER.

Dave Seay was convicted of murder and he appealed. Reversed and remanded.

J. P. ROACH, for appellant.   No brief came to the Reporter.

ROBERT C. BRICKELL, Attorney General, and T. H. SEAY, Assistant Attorney General, for the State.   Error is confessed on the authority of *Jackson v. State,* 171 Ala. 38.

SOMERVILLE, J.—The order of the trial court fixed the number of jurors for the special venire at 90, including those drawn and summoned on the regular juries for the week.   Sixty names were drawn for the regular juries, but only 47 of these were summoned; and, to complete the venire, only 30 additional names were drawn and summoned.   The result was that the special venire contained only 77 names, instead of 90, and was in violation of section 32 of the new jury law. On the authority of *Jackson v. State,* 171 Ala. 38, 55 South. 118, the judgment of conviction will be reversed and the cause remanded.

Reversed and remanded.

DOWDELL, C. J., and ANDERSON and SAYRE, JJ., concur.